IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01527-LTB-CBS

RON DAVIES,

      Plaintiff,

v.

PROTECTION ONE, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Motion to Compel (*doc. no. 20)* is **DENIED**, without prejudice. Parties are reminded that the court does not permit counsel to file a disputed discovery motion unless and until counsel complies fully with Rule 7.1 A *and* this court's practice standards, as explained during the Rule 16(b) scheduling conference on September 13, 2007 and reflected in the "Courtroom Minutes/Minute Order" (see doc. no. 14).

      IT IS FURTHER ORDERED that the Joint Motion for Entry of Stipulated Protective Order (*doc. no. 19)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 19-2)* is accepted by the court.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**      December 28, 2007