**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01527-LTB-CBS

RON DAVIES,

        Plaintiff,

v.

PROTECTION ONE, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 27 - filed August 11, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter is dismissed with prejudice, each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: August 13, 2008